FILED

2023 JUN 14 PM 12:40

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

3:23-CV-704-BJD-MCR

BEFORE THE DE JURE
DISTRICT COURT OF THE UNITED STATES OF AMERICA
EXCLUSIVE EQUITY
[PURSUANT TO ART. III, SECTION 1-2, C.U.S.A.]
IN THE MIDDLE DISTRICT OF FLORIDA
[ART. 1, SECTION 2, CLAUSE 1, ART. 1, SECTION 4, AND TITLE 13 USC, CH. 5(C)]
Jacksonville Division





BY INFORMATION IN CHANCERY
HIGH PREROGATIVE WRIT OF EMINENT DOMAIN
HIGH PREROGATIVE WRIT OF SCIRE FACIAS



TODD CHARLES FRENCH, Plaintiff, Heir, Beneficiary, Subrogee

v.

MID-AMERICA APARTMENT COMMUNITIES LTD. d/b/a WOODHOLLOW APARTMENTS, Defendant.

**WHEREAS**, i, coming now, Relator, Todd Charles of the Family French, todd is sui juris, a Private Regal Prerogative Eminent Confederate American, true de jure Divino Union President, extra-National. Heretofore reference his Name Change (Live-Life Claim), Personal Liberty Bill[1], Presidential Oath, Adverse Claim on servient tenement for Master Clerk Jody Phillips on the Seventh day of April Two Thousand Twenty - Three in Duval County Fourth Judicial Circuit Court of Florida. Thereupon, now specially clothed with devolved prerogative powers of a king delegated to it in particular by the sign manual of the crown and herewith order and command the court to witness how the prerogative was wronged and demand execution of the prerogative surety subrogee's stipulations as the true de jure Union Prerogative Eminent authority of intent.

**WHEREAS** prerogative eminent heir, beneficiary has devolved incidental powers of a king with dominate tenement over the land and air.

**WHEREAS,** attach the record and execute the orders and commands of the prerogative.

Maxims - *Equity won't suffer a wrong to be without a remedy. Equity implies an intent to fulfill an obligation. Equity will take jurisdiction to avoid a multiplicity of suits.*
*Equity regards done what ought to be done.*

Case No.

3:23-CV-704-BJD-MCR

1/7

VERIFIED BILL IN EQUITY FOR BREACH OF TRUST, BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING, VIOLATION OF SECTION 29(G) OF THE FEDERAL RESERVE ACT AND PETITION FOR REVIEW IN CHAMBER

Plaintiff, Todd Charles French, a resident of Jacksonville, Florida, for her Verified Bill in Equity against Defendant, Mid-America Apartment Communities Ltd. d/b/a Woodhollow Apartment, a non-resident of Florida, alleges as follows:

INTRODUCTION

1. This is an action for breach of trust, breach of the implied covenant of good faith and fair dealing, and violation of Section 29(g) of the Federal Reserve Act, 12 U.S.C. § 501 et seq., arising out of Defendant's, quasi-trustee (Gibson §47) refusal to credit the account after accepting postal money orders which maintain "accord and satisfaction" and a one-dollar US coin as payment towards Plaintiff's rent amount with Defendants and review in chambers to determine whether trustee breached his fiduciary duty.

2. Defendant has failed and refused to acknowledge or credit Plaintiff's account, despite the fact that Plaintiff provided full and complete payment for the amounts owed under her rental agreements with Defendant. Plaintiff also established an expression of trust that appointed Albert M. Campbell, III, CFO, as trustee and assignee of right of action that the postal money order receipt represented associated with the tender and recorded in the Trust minutes of the private TODD CHARLES FRENCH LIVING ESTATE TRUST.

JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter under Article III, Section 1-2 of the United States Constitution and 28 U.S.C. §§ 1331, 1337, and 1345, as this action arises under the laws of the United States and involves a federal question.

2. Venue is proper in this district under Article 1, section 2, Clause 1, Article 1, section 4, and Title 13 USC, ch. 5(c).

PARTIES

3. Plaintiff, Heir, Beneficiary, Todd Charles French is a resident of Jacksonville, Florida.

4. Defendant Mid-America Apartment Communities L.P. d/b/a Woodhollow Apartment is a non-resident of Florida and does not have a principal place of business in Florida.

FACTS

5. Todd Charles French, Plaintiff, Heir, Grantee absolute, beneficiary exited the Territory, District and Entered the Union; henceforth, is a friend and not an enemy of the State. Todd Charles French chooses to stay in the Union with all of its benefits. Wherefore, Judge James A. Ruth created comity against Todd Charles French. Notice of (live-life claim) name change case 20-8629-FD in Pinellas county, Exodus and Entry into the Union tender to Treasury and Presidential Oath was sent to Judge James A. Ruth and Master clerk Jody Phillips with accepted Tender Package on 04.10.2023; as well as recorded Living Estate Trust in Pinellas county instrument number emailed to Judge James A. Ruth's judicial assistant. 20211185080 BK: 21566 PG: 1605 06/03/2021. Trust minutes 04.037, on 04/10/2023 sent to Duval County court Registered Mail RE041542385US regarding case no. 2023-CC-5297 with Bill of Lading, copy of trusts minutes of all tenders sent to MID-AMERICA APARTMENTS and/or WOODHOLLOW APARTMENTS, Proclamation Writs, Abatement, 3 Tenders for a settlement Trust with Duval County Court - ACCEPTED (tender for Woodhollow apartment, tender for case 2023-CC-9547, tender for equity of Redemption). Trust minutes 04.040, on 04/18/2023 sent to master clerk Jody Phillips, and Judge James A. Ruth at the Duval County Court certified mail 70191640000115293362, Prerogative Eminent Domain regarding case 2023-CC-5297.

6. Upon completion and deposit of application, confirmation number 608736445 on 10/01/2021 to Mid-America Apartment Communities L.P. d/b/a Woodhollow Apartments, quasi-trustee (Gibson § 47) accepts beneficiaries property of Social Security number and conveyance of sixty dollars.

7. Trust minutes 06.003, on 12/01/2021, acceptance of surety, subrogee's tender of payment for remaining rent of (-)15,410 was sent to trustee Albert M. Campbell, III with US dollar G46420325A and US dollar Susan B. Anthony Silver Coin. Certified Mail - 70191640000115296981; 3811 Return Receipt - 95909402552492497726l5

8. Trust minutes 06.004, on 01.10.2022, Notice of Fault was sent to trustee Albert M. Campbell, III. Certified Mail - 70191640000115296967; 3811 Return Receipt - 9590940255249249772752

9. Trust minutes 06.005, on 01.25.2022, Notice of Default with expression of the trust was sent to trustee Albert M. Campbell, III. Certified Mail - 70191640000115296967; 3811 Return Receipt - 9590940255249249772752

10. Trust minutes 06.006, on 02/22/2023, 3817 Certificate of Mailing round stamped by postal clerk. Plaintiff, Heir, Beneficiary, Surety, Subrogee expressed the trust with tender of payment with Defendant, and Plaintiff sent two postal money orders no. 28205136538; no. 28205136540 totaling $1,957 to Defendant as payment towards the rent. Tender on money order is within "accord and satisfaction" containing a one-dollar US coin.

11. Trust minutes 06.007, On 02.21.2023, surety, subrogee sent another tender (-)$7,829.60 with a United States Postal Service money order No. 28205136448 of two dollars, a one dollar US coin and expression

of the trust was sent to Albert M. Campbell, III, CFO of MID-AMERICA APARTMENT COMMUNITIES.

12. Defendant has created mail fraud with the United States Post Office by claiming that defendant has not received mailing with Certificate of Mailing round stamped by postal clerk on February 22nd 2023.

13. Despite accepting the money orders, Defendant refused to credit Plaintiff's account. UCC 3-603 (B)(1); Florida Statue 673.6031 (2)

14. Trust minutes 06.010, On 03.27.2023, Certified Mail 70191640000115291177, 3817 Round Stamped, surety, subrogee's two cent stamp duty tax paid, Tender (-)7,829.60 with one dollar of United States Postal Service money order No. 28205136988 with one dollar US coin.

15. Trust minutes 06.010A, On 03.27.2023, Certified Mail 70191640000115293195, 3817 Round Stamped, surety, subrogee's Notice of Tender to WOODHOLLOW APARTMENTS Certified Mail 70191640000115291177 was sent to Registered Agent's President John Weber of CT CORPORATION SYSTEM 28 Liberty street, 42nd Floor, New York, New York for MID-AMERICA APARTMENT COMMUNITIES.

16. Trust Minutes 06.011, On 03.28.2023, Certified mail 70191640000115291238, surety, subrogee's sent tender (-)$7,829.60 with two cent stamp duty tax paid, United States Postal Service one dollar No. 2820512680 with one dollar US coin sent to CT CORPORATION SYSTEM at 1200 South Pine Island Road, Plantation, Florida [33324]. CT CORPORATION SYSTEMS sent a letter back saying they were not the Registered Agent. However, they are registered on sunbiz.org as the active registered agent.

17. Trust Minutes 04.037, on 04.10.2023, Registered Mail RE041542385US Prerogative's Proclamation Writs, Abatement, three tenders for a settlement trust with Duval county court (Surety, Subrogee's Tender 1, Two cents stamp duty tax paid, One dollar USPS Money order No. 28205144010, one dollar US coin for Woodhollow apartments; Surety, Subrogee's Tender 2, Case 2023-CC-5297, Two cents stamp duty tax paid, Twenty-One dollar USPS Money order No. 28205126728, One Dollar Silver certificate N35043103I, Silver one dollar US coin; Tender 3, Surety, Subrogee's Tender of Equity of Redemption, Two cents stamp duty tax paid, One dollar silver certificate No. D72414979H, Silver one dollar US coin. Tenders Accepted.

18. Trust minutes 04.040, on 04.18.2023, Prerogative Proclamation and Eminent Domain over case 2023-CC-5297 with Warrant of Attorney General. Stamp duty tax paid 2, 3, 4, 5, 10, (2)50 cents, one dollar, ten dollar stamp duty transfer tax paid.

19. Trust minutes 04.041, on 04.26.2023, Priority Express Mail EI514869807US surety, subrogee's tender Woodhollow May rent. 1, 2, 3, 4, 5 cents, one dollar stamp duty tax paid tender for May rent (-)$1,913

with USPS money order no. 28205144054, US dollar G12872821H, Silver US dollar coin. Trust accepted and returned weeks later.

20. Trust minutes 04.042, on 05.03.2023, Tender US dollar G43235922A, Silver US dollar coin with letter of fiduciary appointment with two witnesses to the Duval County court. Trust accepted and returned weeks later.

21. Defendant engaged in unfair or deceptive practices during the offering, sale, or provision of financial products covered under Section 29(g) of the Federal Reserve Act, violating the principles of fair and transparent financial transactions.

COUNT I

The Plaintiff seeks a court order declaring Albert M. Campbell, III, CFO of , L.P. to have forfeited his position as trustee/assignee of the trust due to his failure to disclaim within the required time period. The Plaintiff also seeks an order requiring MID-AMERICA APARTMENT COMMUNITIES, L.P. to provide a full accounting, tracing of all funds held in the trust and to turn over all such funds to the beneficiary, subrogee.

COUNT II - BREACH OF TRUST

22. Plaintiff repeats and realleges the allegations contained in paragraphs 5-21 above.

23. Defendant, trustee breached the trust agreement by refusing to credit Plaintiff's account after accepting the multiple money orders.

24. As a result of Defendant's, trustee's breach, Plaintiff has suffered damages, including but not limited to monetary damages.

25. Plaintiff is entitled to all available legal and equitable remedies, including but not limited to actual damages, consequential damages, attorneys' fees, costs, pre- and post-judgment interest, and any other relief this Court deems just and proper.

COUNT III - UNFAIR OR DECEPTIVE PRACTICES

26. Plaintiff repeats and realleges the allegations contained in paragraphs 5-21 above.

27. Defendant engaged in unfair or deceptive practices during the offering, sale, or provision of financial products covered under Section 29(g) of the Federal Reserve Act, violating the principles of fair and transparent financial transactions.

Case 3:23-cv-00704-BJD-MCR   Document 1   Filed 06/14/23   Page 6 of 7 PageID 6

28. Defendant's actions violate the principles of fair and transparent financial transactions.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Heir, Beneficiary, Subrogee Todd Charles French orders and commands this Honorable Court grant the following relief:

1. An order declaring that Plaintiff's payments in the form of postal money orders are with accord and satisfaction with a one-dollar US coin, Silver one dollar US coin, US one dollar tender, US Silver certificates tender, USPS Money orders, and stamp duty taxes paid constitute a valid discharge of Plaintiff's outstanding debt to Defendant under the rental agreements.

2. An order directing Defendant to credit Plaintiff's rental account with the amounts specified in the postal money orders and reflecting the payments made by Plaintiff.

3. An order enjoining Defendant from imposing any late fees, penalties, or adverse credit reporting resulting from Defendant's refusal to credit Plaintiff's account for the valid payments made.

4. An award of damages to compensate Plaintiff for any financial losses, expenses, or harm suffered as a direct result of Defendant's breach of trusts and unfair or deceptive practices, as permitted by law, by depositing the same with the Treasury.

5. Any further relief that this Court deems just and equitable under the circumstances.

6. a. Injunctive Relief: The Plaintiff requests injunctive relief to prevent further violations by the Defendant, including an order requiring the Defendant to comply with the statutory requirements and cease any unfair or deceptive practices.

Sealing from Publish and Public. The Plaintiff requests that all documents and proceedings related to this matter be sealed from public access and be kept in chamber.



(seal)

bless you
thank you
:todd

_____+odd,_____

Sui juris. orator for grantee absolute. interested party. all rights reserved.
Cestui Que Trust herewith dominate tenement now holding land titles ordered, conveyed to a title in fee

6/7

## VERIFICATION STATEMENT

I, Todd Charles French, hereby proclaim under penalty of perjury, that I have read the above Verified Bill in Equity and know the contents thereof, and that the facts stated therein are true and correct to the best of my knowledge, information, and belief.

DATED this 14th day of June, 20 23.

_____
Todd Charles French, Plaintiff, Heir, Beneficiary, Subrogee

## ACKNOWLEDGMENT/JURAT

State of Florida
County of Duval

On this 14 day of June, 2023, before me, a Notary Public in and for said County and State, personally appeared Todd Charles French, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged that she executed the same for the purposes therein contained.

_____
Notary Public

**KAITLYN PETERSON**
Notary Public, State of Florida
Commission# HH 304337
My comm. expires August 23, 2026

My Commission Expires: 8/23/26