UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TODD CHARLES FRENCH, Heir,
Beneficiary, Subrogee,

      Plaintiff,

                                     Case No. 3:23-cv-704-BJD-MCR

v.

MID-AMERICA APARTMENT
COMMUNITIES LTD.,

      Defendant.

_____/

## O R D E R

      **THIS CAUSE** is before the Court <u>sua sponte.</u> On June 16, 2023, the Court struck Plaintiff's Complaint (Doc. 1) because it violated the Federal Rules of Civil Procedure's pleading requirements and because the Court could not ascertain whether it had subject matter jurisdiction. (Doc. 4). The Court allowed Plaintiff to file an amended complaint to correct these deficiencies on or before July 7, 2023. <u>Id.</u> Instead of filing an amended complaint, Plaintiff filed an appeal, which has since been dismissed. (Doc. 9). To date, Plaintiff has still not filed an amended complaint and the case is due to be dismissed.

      Accordingly, after due consideration, it is

      **ORDERED:**

This case is **DISMISSED without prejudice** for lack of subject matter jurisdiction. The Clerk of the Court shall close the file and terminate any pending motions.

**DONE** and **ORDERED** in Jacksonville, Florida this 13th day of December, 2023.

BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record
Unrepresented Parties